UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZANNE TARROW,

      Plaintiff,

v.

GEHRING, L.P., a foreign limited partnership,

      Defendant.

USDC Case No. 2:17-cv-14063
Hon. George Caram Steeh
Magistrate Elizabeth A. Stafford

| RICHARD J. TOMLINSON (P27604)<br>Driggers Schultz & Herbst, P.C.<br>Attorney for Plaintiff<br>2600 W. Big Beaver Rd., Suite 550<br>Troy, MI 48084<br>(248)649-6000<br>rtomlinson@driggersschultz.com | RICHARD J. GIANINO (P32933)<br>CLAUDIA D. ORR (P45402)<br>Plunkett Cooney<br>Attorneys for Defendant<br>150 W. Jefferson, Suite 800<br>Detroit, MI 48226<br>(248)901-4000; Fax: (248) 901-4040<br>rgianino@plunkettcooney.com<br>corr@plunkettcooney.com |
|---|---|

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to the relief granted herein, and the Court being fully advised in the premises, it is hereby ordered that the above-captioned matter be, and the same hereby is, dismissed, with prejudice and without costs or attorney's fees awarded to any party.

This Order dismisses all claims as to all parties.

                                                s/George Caram Steeh
                                                U.S. District Judge

Dated: February 27, 2018

**The parties stipulate to the relief above:**

*/s/ Richard J. Tomlinson (w/consent)*    */s/ Claudia D. Orr*
RICHARD J. TOMLINSON (P27604)    CLAUDIA D. ORR (P45402)
DRIGGERS SCHULTZ & HERBST, P.C.    PLUNKETT COONEY
Attorneys for Plaintiff    Attorneys for Defendants
2600 W. Big Beaver Rd., Suite 550    535 Griswold Ave., Ste 2400
Troy, MI 48084    Detroit, MI 48226
(248)649-6000    PH: (313)983-4863
rtomlinson@driggersschultz.com    FAX (313)983-4350
    corr@plunkettcooney.com

DATED: February 23, 2018